LA HAY, INC., Appellant, *v.* PATHE EXCHANGE, INC., Respondent.

(Argued April 19, 1933; decided May 23, 1933.)

*Edward H. Kavinoky* for appellant.
*Frank Gibbons* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ. LEHMAN, J., dissents and votes to dismiss the whole proceedings for declaratory judgment. Not sitting: HUBBS, J.